## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Mary Jeannette Spearman and
David Alan Spearman
    Plaintiffs

      v.                                              Case No. 1:15-cv-00006-SA-SAA

Eli Lilly and Company, an
Indiana Corporation
    Defendant

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    COMES NOW, Annette Bulger Mathis and the law firm of Langston & Langston, PLLC, including Shane F. Langston and Rebecca M. Langston, who are admitted or otherwise authorized to practice in this Court, and hereby file their entry of appearance as local counsel for Plaintiffs, Mary Jeannette Spearman and David Alan Spearman.

    This, the 20th day of July 2015.

                                                Respectfully submitted,

                                                **LANGSTON & LANGSTON, PLLC**

                                     By: /s/ Annette Bulger Mathis
                                              Annette Bulger Mathis, MSB # 101237
                                              Shane F. Langston, MSB #1061
                                              Rebecca M. Langston, MSB #99608
                                              201 North President Street
                                              Jackson, Mississippi 39201
                                              Telephone: 601-969-1356
                                              Facsimile: 601-968-3866
                                              Email: annette@langstonlawyers.com

                                              Baum Hedlund Aristel & Goldman, PC
                                              R. Brent Wisner (*pro hac vice*)
                                              Michael L. Baum
                                              12100 Wilshire Blvd., Suite 950
                                              Los Angeles, CA 90025
                                              Email: rbwisner@baumhedlundlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF System which sent notification of such filing to the following:

Kari L. Sutherland
Butler Snow LLP
Suite 205
1200 Jefferson Avenue
Oxford, MS 38655
Kari.sutherland@butlersnow.com
*Counsel for Defendant Eli Lilly and Company*

Phyllis A. Jones
Michael X. Imbroscio
Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
pajones@cov.com
mimbroscio@cov.com
*Counsel for Defendant Eli Lilly and Company*

This, the 20th day of July 2015.

                                                              /s/ Annette Bulger Mathis
                                                              Annette Bulger Mathis