UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARY JEANETTE SPEARMAN**
and **DAVID ALAN SPEARMAN**                                          **PLAINTIFFS**

CIV. NO. 1:15-CV-00006-SA-SAA

**ELI LILLY AND COMPANY, an Indiana**
**Corporation**                                                      **DEFENDANTS**

**ENTRY OF APPEARANCE**

COMES NOW, R. Todd Willis, Jr., of the law firm of Langston & Langston, PLLC, and files this, his Entry of Appearance, as local counsel in the above styled and numbered cause, on behalf of Langston & Langston, including attorneys Shane F. Langston and Rebecca M. Langston, as local counsel for Plaintiff Mary and David Spearman.

DATED: November 6, 2015.

Respectfully submitted,

LANGSTON & LANGSTON, PLLC


/s R. Todd Willis, Jr.
R. Todd Willis, Jr.


Attorneys for Plaintiff:

Shane F. Langston, Esq., MSB #1061
Rebecca M. Langston, Esq., MSB #99608
R. Todd Willis, Jr., Esq., MSB #104179
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, Mississippi  39201
Telephone: 601-969-1356
Facsimile: 601-968-3866

Robert Brent Wisner, Esq.

Baum, Hedlund, Aristei & Goldman
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
rbwisner@baumhedlundlaw.com

## CERTIFICATE OF SERVICE

I, R. Todd Willis, hereby certify that I have this day filed a copy of the foregoing with the Court's CM/ECF system, which should have sent notice of such filing to all persons registered to receive such service, including the following:

Kari L. Sutherland, Esq.
Butler Snow, LLP
Post Office Box 1138
Oxford, MS 38655
(662) 513-8002
kari.sutherland@butlersnow.com

Phyllis A. Jones, Esq.
Mike X. Imbroscio, Esq.
Covington & Burling, LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
pajones@cov.com
mimbroscio@cov.com

SO CERTIFIED, this the 6th day of November, 2015.

/s R. Todd Willis, Jr.
R. Todd Willis, Jr.

2